NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: HARITHA SAMARANAYAKE, JERE PIKKARAINEN, ANN-MARIE MAATTA, SEPPO YLA-HERTTUALA,**

*Appellants*

———————————

2020-1158

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/877,246.

———————————

**JUDGMENT**

———————————

J. MARK POHL, Pharmaceutical Patent Attorneys, LLC, Morristown, NJ, argued for appellants.

AMY J. NELSON, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by MARY L. KELLY, THOMAS W. KRAUSE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 2, 2020 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |